# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:21-CV-039-KDB-DCK

| | |
|---|---|
| FOOTCARE MAX, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| EDGE MARKETING CORPORATION, EDGE MARKETING SALES, and MICHAEL BAKER, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint To Continue Stay" (Document No. 11) filed May 4, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Court commends the parties' and counsel's efforts to resolve this matter.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint To Continue Stay" (Document No. 11) is **GRANTED**. This matter is **STAYED** through **May 21, 2021**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement, or a Certificate of Initial Attorney's Conference pursuant to Local Rule 16.1, on or before **May 25, 2021**.

**SO ORDERED**.

Signed: May 4, 2021

David C. Keesler
United States Magistrate Judge